## IN THE UNTIED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

BILLY RAY CALDWELL,           )
                             )
         Plaintiff,           )
                             )        NO.  3:06-01006
v.                            )        JUDGE HAYNES
                             )
WACHOVIA SECURITIES, LLC,     )
                             )
         Defendant.           )

## O R D E R

In accordance with the Memorandum filed herewith, the Plaintiff's motion to vacate the

arbitration award (Docket Entry No. 1) is **DENIED**.  The Defendant's motion to confirm the

arbitration award (Docket Entry No. 10) is **GRANTED**.

This is the Final Order in this action.

It is so **ORDERED.**

**ENTERED** the ___15th___ day of October, 2007.

                              _____
                              WILLIAM J. HAYNES, JR.
                              United States District Judge